**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

FRANYOR SNEYBER SUAREZ-DUARTE,  )
)
     Petitioner,  )
)     No. 2:25-cv-03142-TLP-tmp
v.  )
)
MELLISSA B. HARPER,  )
)
     Respondent.  )

---

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE
AND DIRECTING CLERK TO MODIFY DOCKET**

---

Petitioner Franyor Sneyber Suarez-Duarte, an alien detained in the West Tennessee Detention Facility in Mason, Tennessee, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1]  (ECF No. 1.)

The Court respectfully **DIRECTS** the Clerk to serve a copy of the § 2241 Petition and this Order on Respondent Mellissa B. Harper[2] by certified mail[3] and provide a copy of the § 2241 Petition and this Order to the United States Attorney for the Western District of Tennessee. The Clerk shall also serve the United States Attorney for the Western District of Tennessee

---

[1] To the extent Petitioner seeks relief based on the conditions of confinement at the detention facility (*see* ECF No. 1 at PageID 7), his claim is not appropriately presented in this habeas petition. *See Velasco v. Lamanna*, 16 F. App'x 311, 314 (6th Cir. 2001).

[2] Petitioner listed "Melissa B. Harper" as Respondent instead of "Mellissa B. Harper." *See* ICE Relocates New Orleans Field Office Headquarters to St. Rose, Louisiana, U.S. Immigrations and Customs Enforcement, https://perma.cc/FF95-9K6P.  So the Court respectfully **DIRECTS** the Clerk to modify Respondent's name to "Mellissa B. Harper."

[3] The address for Enforcement & Removal Operations, New Orleans Field Office is 181 James Drive W, St. Rose, Louisiana 70087.  *See* ICE Field Offices, U.S. Immigrations and Customs Enforcement, https://perma.cc/8DG8-TK9L.

1

electronically at the following email address: stuart.canale@usdoj.gov.  Under Federal Rule of Civil Procedure 4(i), the Clerk shall send copies of the § 2241 Petition and this Order by certified mail to U.S. Attorney General Pamela Bondi.

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** Respondent not to remove Petitioner from the Western District of Tennessee while the § 2241 Petition is pending.  *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

Given the issues raised in the § 2241 Petition, the Court **ORDERS** Respondent to show cause in writing within three (3) days why the § 2241 Petition should not be granted.  *See* 28 U.S.C. § 2243.  Respondent shall include in the return a thorough discussion of all facts and law relevant to the § 2241 Petition.

And the Court **ORDERS** Petitioner to file a reply on or before the close of business on Monday, December 29, 2025.  If Petitioner asserts that there are issues of fact necessary to be addressed at a hearing, Petitioner shall inform Respondent of those issues in the reply.

If necessary, the Court will set a hearing by separate order.  *See* 28 U.S.C. § 2243.

**SO ORDERED**, this 18th day of December, 2025.

s/  
THOMAS L. PARKER  
UNITED STATES DISTRICT JUDGE

2